Matter of Attorneys in Violation of Judiciary Law § 468-a (Naoko Iwaki) (2019 NY Slip Op 08762)

Matter of Attorneys in Violation of Judiciary Law 468-a (Naoko Iwaki)

2019 NY Slip Op 08762

Decided on December 5, 2019

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 5, 2019

PM-218-19

[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Naoko Iwaki, Respondent. (Attorney Registration No. 4407250.)

Calendar Date: October 21, 2019

Before: Garry, P.J., Egan Jr., Lynch, Clark and Reynolds Fitzgerald, JJ., concur.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.
Naoko Iwaki, Tokyo, Japan, respondent pro se.
Naoko Iwaki, Tokyo, Japan, respondent pro se.

Motion by respondent for an order reinstating her to the practice of law following her suspension by May 2019 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706 [2019]; see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's affidavit with exhibits sworn to July 31, 2019, and upon reading the responsive correspondence by the Attorney Grievance Committee for the Third Judicial Department dated November 14, 2019, and having determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the Rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Matter of Attorneys in Violation of Judiciary Law § 468-a [Stonner], 175 AD3d 799 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a [Dorsett], 174 AD3d 1219 [2019]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effectively immediately.
Garry, P.J., Egan Jr., Lynch, Clark and Reynolds Fitzgerald, JJ., concur.